Sarah Spinuzzi (SBN 305658)
Email: sarah@coastkeeper.org
Armita Ariano (SBN 314434)
Email: armita@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, CA 92626
Phone: (714) 850-1965

*Attorneys for Plaintiff*
*Orange County Coastkeeper*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MICROMETALS, INC., a California Corporation, <br><br> Defendant. | Civil Case No. 8:21-cv-00676-CJC (DFMx) <br><br> **NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** <br><br> Judge: Hon. Cormac J. Carney |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on October 6, 2021, Plaintiff Orange County Coastkeeper ("Plaintiff") and Defendant Micrometals, Inc. ("Defendant" and collectively with Plaintiff, the "Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and,

WHEREAS, on October 7, 2021, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33 section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (Dkt #19); and,

WHEREAS, on October 15, 2021, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent decree by November 22, 2021 (Dkt #21); and

WHEREAS, on November 22, 2021, the United States Department of Justice issued a letter in which it stated that the United States does not object to the Court's entry of the Consent Decree into judgment, which Plaintiff filed with this Court as Exhibit A to the Notice of No Objection (Dkt #22); as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

///

///

///

///

///

///

Notice of Lodging [PROPOSED]
Consent Decree; Request for Entry          Civil Case No. 8:21-cv-00676-CJC (DFMx)

THEREFORE, Plaintiff hereby request the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.


Dated:  November 23, 2021                    Respectfully submitted,


                                             /s/ Armita A. Ariano
                                             Armita A. Ariano
                                             Attorney for Plaintiff Orange
                                             County Coastkeeper

Notice of Lodging [PROPOSED]
Consent Decree; Request for Entry          Civil Case No. 8:21-cv-00676-CJC (DFMx)