# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California nonprofit corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICROMETALS, INC., a California corporation<br><br>　　　　　Defendant. | Case No. 8:21-cv-676-CJC (DFMx)<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND CONSENT DECREE [34]** |

Having considered the Parties' Joint Stipulation to Extend Consent Decree [Doc. # 34] and good cause appearing, the Court **APPROVES** the Joint Stipulation. It is hereby **ORDERED** the duration of the Parties' Consent Decree [Doc. # 24] shall be extended by six months or four Qualifying Storm Events, whichever comes first.

**IT IS SO ORDERED.**

DATED: August 29, 2024

　　　　　　　　　　　　　　　　*Dolly M. Gee*
　　　　　　　　　　　　　　　　———————————
　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　Chief United States District Judge